IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *ex rel.* Benjamin Carter, )<br>                                   )<br>    Plaintiff, )<br>                                   )<br>           v. )<br>                                   )<br>HALLIBURTON CO., *et al.*, )<br>                                   )<br>    Defendants. )<br>                                   ) | Civil Action No. 1:13cv1188 (JCC/JFA) |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants (collectively, "KBR") hereby move to dismiss Relator Benjamin Carter's Complaint in its entirety under Fed. R. Civ. P. 12(b)(6) and 12(b)(1), for failure to state a claim and for lack of subject matter jurisdiction under the "first-to-file bar" of the federal False Claims Act, 31 U.S.C § 3730(b)(5).  The dismissal should be *with prejudice* as to Counts 2 and 3, and also as to any allegation pertaining to Counts 1 and 4 that exceeds the limits imposed by the Court's July 23, 2009 decision in Civil Action No. 08-1162 [Dkt, 121, 122], as explained more fully in the accompanying memorandum and proposed order.  At this time, dismissal should be *without prejudice* as to the remainder of Counts 1 and 4.

        Respectfully submitted,

        /s/
        John M. Faust
        Virginia Bar No. 37598
        John@johnfaustlaw.com
        LAW OFFICE OF JOHN M. FAUST PLLC
        1325 G Street NW, Suite 500
        Washington, DC 20005
        (202) 449-7707
        (202) 449-7701 (facsimile)

        Tirzah S. Lollar
        Virginia Bar No. 68145
        tlollar@velaw.com
        VINSON & ELKINS L.L.P.
        2200 Pennsylvania Avenue, N.W.
        Suite 500 West
        Washington, D.C. 20037
        (202) 639-6500
        (202) 639-6604 (facsimile)

        Attorneys for All Defendants

Of Counsel:

Craig D. Margolis
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
(202) 639-6500
(202) 639-6604 (facsimile)

March 24, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March 2014, I electronically filed the foregoing DEFENDANTS' MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send notification to the following persons (with additional service by electronic mail):

| | |
|---|---|
| Richard W. Sponseller<br>United States Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, VA  22314<br>richard.sponseller@usdoj.gov | David Ludwig<br>Dunlap Weaver PLLC<br>211 Church Street, SE<br>Leesburg, VA 20175<br>dludwig@dunlapweaver.com<br><br>David S. Stone<br>Robert A. Magnanini<br>Stone & Magnanini LLP<br>150 John F. Kennedy Pkwy., 4th Floor<br>Short Hills, NJ 07078<br>dstone@stonemagnalaw.com<br>rmagnanini@stonemagnalaw.com |

    /s/
John M. Faust
Virginia Bar No. 37598
      John@johnfaustlaw.com
LAW OFFICE OF JOHN M. FAUST PLLC
1325 G Street NW, Suite 500
Washington, DC 20005
(202) 449-7707
(202) 449-7701 (facsimile)

Attorney for All Defendants