IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* ) | |
| BENJAMIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13cv1188 (JCC/JFA) |
| ) | |
| HALLIBURTON CO., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)   Defendants' Motion to Dismiss [Dkt. 20] is GRANTED;

(2)   Plaintiff's Complaint [Dkt. 1] is DISMISSED WITHOUT PREJUDICE; and

(3)   the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

```
                                       /s/
May 2, 2014                      James C. Cacheris
Alexandria, Virginia     UNITED STATES DISTRICT COURT JUDGE
```